CGFI9 (7/28/10)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17−19338−PGH

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Lightray Capital, LLC
102 NE 2nd Street
Suite 345
Boca Raton, FL 33432

## NOTICE OF REASSIGNMENT

    In accordance with the Order of Intra−District Transfer entered on 8/3/17 by Judge Paul G Hyman, this case was referred to the clerk of the court for reassignment and/or transfer to another judge pursuant to Local Rule 1073−1(B).

    Accordingly, this case is hereby reassigned to the Honorable **Robert A Mark**.

**Dated: 8/3/17**

**CLERK OF COURT**
By: Dawn Leonard
Deputy Clerk

The clerk shall serve this notice on all parties of record.